UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-24648-CIV-MORENO**

Juana Pinero,

        Plaintiff,

vs.

Andrew Saul, Commissioner of Social Security
Administration,

        Defendant.

        /

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION

        THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge,

for a Report and Recommendation on Plaintiff's Motion for Summary Judgment and Defendant's Motion

for Summary Judgment, filed on **July 31, 2020 and August 31, 2020,** respectively.  The Magistrate Judge

filed a Report and Recommendation **(D.E. 16)** on **January 19, 2021**.  The Court has reviewed the entire

file and record. The Court notes that no objections have been filed and the time for doing so has now passed.

The Court has made a *de novo* review of the issues, and being otherwise fully advised in the premises, it is

        **ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation

is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

        **ADJUDGED** that Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary

Judgment is **AFFIRMED**, the Plaintiff's Motion is **DENIED**, and Defendant's Motion is **GRANTED**

        DONE AND ORDERED in Chambers at Miami, Florida, this 23 of February 2021.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record